UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

GEORGE WILKIE,

Plaintiff,

v.

MARY L. DAVIDSON, COUNTY OF HENNEPIN, and STATE OF MINNESOTA,

Defendants.

CIVIL NO. 00-2024 (RHK/JMM)

ORDER TO SHOW CAUSE

This Court issued its Order for Pretrial Conference on October 24, 2000. The Order required that the Parties meet in person no later than November 6, 2000. Plaintiff failed to appear for a meeting. The Order required that the Parties submit a Statement pursuant to the provisions of Rule 26(f) of the Federal Rules of Civil Procedure. Plaintiff failed to comply with this requirement. Finally, the Order required that the Parties appear before this Court for a Pretrial Conference on November 15, 2000, at 10:45 a.m. Defendants appeared, but Plaintiff failed to appear.

IT IS HEREBY ORDERED as follows:

1. Plaintiff shall appear before this Court on December 11, 2000 at 9:30 a.m. in Courtroom 628B, Federal Courts Building, 316 North Robert Street, St. Paul, Minnesota, and show cause, if any there be, why his Complaint should not be dismissed, or other sanctions imposed, by reason of his failure to comply with the Order of this Court dated October 24, 2000.

FILED NOV 15 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD. ______
DEPUTY CLERK ______

2. Plaintiff and Counsel for Defendants shall also appear before this Court at said time and place for a Pretrial Conference to consider the matters set forth in Rule 16(c), and related matters.

Dated: November 15, 2000

JOHN M. MASON
United States Magistrate Judge

MEMORANDUM

Rule 16(f) of the Federal Rules of Civil Procedure provides as follows:

> "If a party or party's attorney fails to obey a scheduling or pretrial order, or if no appearance is made on behalf of a party at a scheduling or pretrial conference, or if a party or party's attorney is substantially unprepared to participate in the conference, or if a party or party's attorney fails to participate in good faith"

A party violating this Rule is subject to the imposition of the broad sanctions authorized by Rule 37(b)(2)(B), (C), (D) of the Federal Rules of Civil Procedure. Sanctions may include the dismissal of the Complaint, the imposition of monetary fines, or other relief.

It appears that Plaintiff has violated Rule 16(f), and that sanctions may be appropriate. This Order requires Plaintiff to appear personally before this Court on the date and at the time specified, to explain why the Court should not impose sanctions. If he fails to appear, the Court may issue a Report and Recommendation recommending that his Complaint be dismissed with prejudice, or impose other sanctions.

J.M.M.