UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

George Wilkie,

Plaintiff,

Civil No. 00-2024 (RHK/JMM)

vs.

Mary L. Davidson, County of Hennepin,
and State of Minnesota,

Defendants.

---

Defendant Hennepin County's Motion to Dismiss is referred to Magistrate Judge John M. Mason for a Report and Recommendation. The December 5, 2000 hearing before the undersigned is **CANCELED** and Judge Mason will advise the parties of a new hearing date.

Dated: November 30, 2000

RICHARD H. KYLE
United States District Judge

FILED NOV 30 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK