# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

George Wilkie

Case No. Civil 00-2024 RHK/JMM

v.

**JUDGMENT IN A CIVIL CASE**

Mary L. Davidson, County of Hennepin, and State of Minnesota

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED THAT:**

1. The objections are overruled;
2. The report and recommendation is adopted; and
3. The complaint is dismissed without prejudice.

DATE: December 28, 2000

FRANCIS E. DOSAL, CLERK

Shirley Hansen

Shirley Hansen, Deputy Clerk

18